IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                                Chapter 13

**John Yara, Jr.**

**Debtor(s).**                                                        Case No. 08-23298 MER

**ORDER GRANTING MOTION TO DETERMINE SECURED STATUS**

THIS COURT, having reviewed the Debtor's VERIFIED MOTION TO DETERMINE SECURED STATUS and being otherwise informed in the premises does hereby:

FIND that the second deed of trust is wholly unsecured.

THE COURT HEREBY ORDERS that the Debtor's request for relief is hereby granted and that Homecomings Financial shall tender a release of the second Deed of Trust and the lien shall be removed within 30 days of the order of discharge.

Dated this  2d   day of  December  , 2008.

BY THE COURT:

_____
U.S. Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: cosior              Page 1 of 1            Date Rcvd: Dec 02, 2008
Case: 08-23298                Form ID: pdf904           Total Served: 2

The following entities were served by first class mail on Dec 04, 2008.
db          +John Joseph Yara, Jr.,   11367 E. Utah Place,   Aurora, CO 80012-5230
10268936    +Home Coming Funding Ne,  2711 N Haskell Ave. Sw 1,   Dallas, TX 75204-2911

The following entities were served by electronic transmission.                                 TOTAL: 0
NONE.

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 04, 2008**                      **Signature:** _Joseph Speetjens_