## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:                                              **Chapter 13**

**John Joseph Yara, Jr.**

**Debtor(s).**                                      **Case No. 08-23298-MER**

---

### MOTION FOR POST CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN

**COMES Now** the Debtor through counsel, Mindy Greenwald, of Greenwald & Hammond, P.C., and hereby submits this Motion for Post Confirmation Modification of Chapter 13 Plan and in support thereof states the following:

1.  Debtor filed for relief under chapter 13 on August 29, 2008.

2.  Debtor's Amended Chapter 13 Plan dated October 21, 2008 was confirmed on November 3, 2008.

3.  Debtor was laid off from his job in October 2010 and is currently unemployed and receiving unemployment benefits which are significantly less than the income he was receiving while employed.  Contemporaneous with the filing of the instant motion is an amended Schedule I and J.

4.  Due to the layoff, Debtor has become unable to make his chapter 13 plan payments as agreed in the confirmed chapter 13 plan.

5.  Debtor anticipates starting a business of his own with his spouse's assistance in the same area in which he was working prior to his recent layoff.  Debtor believes that after about 4 months, he will be able to resume higher plan payments after a temporary reduction in payments until he can build a client base.

6.  Contemporaneously filed with this motion is Debtor's proposed Modified Chapter 13 Plan.

WHEREFORE Debtor respectfully requests an order allowing post confirmation modification of the chapter 13 plan and confirming the Modified Chapter 13 Plan Dated October 28, 2010.

DATED: October 28, 2010

*/s/Mindy Greenwald*
Mindy Greenwald, #35934
Kerry Hammond, #38108
Attorney for Debtor(s)
Greenwald & Hammond, P.C.
1714 Humboldt Street
Denver, CO 80218
Telephone: (303) 832-2550
Facsimile: (303) 265-9664
mindy@greenhamlaw.com